

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

VRASTON TRADING, INC., :

                Plaintiff, :

      v. : Civil Action No. _____

STATE STREET CORPORATION, :

                Defendant. : **RULE 7.1 STATEMENT**

----------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that Vraston Trading, Inc. is a privately held limited liability company.

Dated: New York, New York
       August 22, 2008

                                  Respectfully submitted,

                                  DREIER LLP

                                  By: _____
                                  Albert L. Jacobs, Jr. (AJ 4211)
                                  Gerard F. Diebner (GD 5603)
                                  499 Park Avenue
                                  New York, New York 10022
                                  Tel: (212) 328-6100
                                  Fax: (212) 652-3801

                                  *Attorneys for Plaintiff*
                                  *Vraston Trading, Inc.*

{00382198.DOC;}